THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WRIGHT, Appellant. [932 NYS2d 353]—

The defendant's purported waiver of his right to appeal was

ineffective (*see People v Grant*, 83 AD3d 862, 863 [2011]; *People v Bradshaw*, 76 AD3d 566, 569-570 [2010], *lv granted* 15 NY3d 896 [2010]).

Contrary to the defendant's contention, however, the resentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80, 85 [1982]). Skelos, J.P., Hall, Lott and Roman, JJ., concur.